**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-1090**

———————

KARL STEPHENS,

　　　　　Plaintiff - Appellant,

　　　v.

UNITED STATES OF AMERICA,

　　　　　Defendant - Appellee.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:23-cv-00060-JPB-JPM)

———————

Submitted:  June 16, 2025　　　　　　　　　　　Decided:  October 20, 2025

———————

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Karl Stephens, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karl Stephens seeks to appeal the district court's order dismissing his civil action without prejudice. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

When the United States or its officer or agency is a party in a civil case, the notice of appeal must be filed no more than 60 days after the entry of the district court's final judgment or order, Fed. R. App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on May 14, 2024, and the appeal period expired on July 15, 2024. *See* Fed. R. Civ. P. 6(a)(1)(C). Stephens filed the notice of appeal on January 24, 2025. Because Stephens failed to file a timely notice of appeal or obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2